Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Oscar Martinez

**FILED**

JAN 10 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 05-00734 JW |
| Plaintiff, | RS |
| vs. | [PROPOSED] ORDER RE SIGNING OF BOND IN THE SOUTHERN DISTRICT OF CALIFORNIA |
| OSCAR MARTINEZ, | |
| Defendant. | |

Good cause appearing therefore, it is hereby ORDERED that the bond signing in this case may occur before a United States Magistrate Judge in the Southern District of California in San Diego.

Dated: January 10, 2006

_____
UNITED STATES MAGISTRATE JUDGE

MOTION RE SIGNING BOND IN THE SOUTHERN DISTRICT, U.S. V. OSCAR MARTINEZ, CR NO. 05-00734 JW

-1-