Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Oscar Martinez

FILED

JAN 1 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR MARTINEZ,<br><br>Defendant. | CR NO. 05-00734 JW<br><br>SECOND UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ALLOW SECOND SURETY TO CO-SIGN BOND |

Defendant Oscar Martinez, through his attorney, hereby moves this Court for an extension of time of eleven days for a second surety to co-sign his bond. The government has graciously agreed and stated that it does not oppose this application. The reasons are as follows.

Undersigned counsel was appointed to replace Mr. Manuel Campos as Mr. Martinez's attorney just last week. Upon entering the case, undersigned counsel learned that on December 15, 2005, the Hon. Magistrate Judge Richard Seeborg had given Mr. Martinez until January 5, 2006 to have a second surety co-sign his bond. Undersigned counsel asked for and was granted a one week extension of that deadline.

Considerable efforts were made during that week to obtain a surety and arrange for a bond signing, but more time is needed. Undersigned counsel is now attempting to have a newly

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ALLOW SECOND SURETY TO CO-SIGN BOND, U.S. V. OSCAR MARTINEZ., CR NO. 05-00734 JW        -1-

1 identified surety interviewed by telephone by Pretrial Services in San Jose to establish that he is
2 acceptable as a surety.
3     The potential surety lives in Southern California. Counsel is asking for an eleven day
4 extension of time to allow time to arrange for the surety to be interviewed and approved by
5 Pretrial Services, and to come to San Jose to appear before this Court.
6     The government has graciously stated that it does not object to this extension of time for
7 Mr. Martinez to obtain the signature of a second surety on his bond.
8     Defendant therefore respectfully requests an Order giving him until January 23, 2006 to
9 have a second surety co-sign his bond.

10 Dated: January 12, 2006    Respectfully submitted,

12
13     MARK D. EIBERT
    Attorney for Defendant Oscar Martinez

## ORDER

16     Good cause appearing therefore, it is hereby ORDERED that defendant Oscar Martinez
17 shall have until January 23, 2006 to have a second surety co-sign his bond.

18 Dated: January 12, 2006    _____
    UNITED STATES MAGISTRATE JUDGE

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ALLOW SECOND SURETY TO CO-SIGN BOND, U.S. V. OSCAR MARTINEZ., CR NO. 05-00734 JW    -2-