Mark D. Eibert  (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Oscar Martinez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/2/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OSCAR MARTINEZ,<br><br>    Defendant. | CR NO. 05-00734 RMW<br><br>JOINT STIPULATION AND<br>ORDER CONTINUING SENTENCING DATE |

Defendant Oscar Martinez, through his attorney, and the United States, through its attorney, hereby stipulate and agree and move the Court to continue the sentencing of the defendant from its current date of August 7, 2006 to a new date of October 23, 2006.  The reason for the continuance is that the parties have not yet received the draft or final Presentence Report, and will need time to respond to the draft when it is received.

Dated: August 1, 2006          Respectfully submitted,


                                /s/ Mark D. Eibert


                                MARK D. EIBERT
                                Attorney for Defendant Oscar Martinez

STIPULATION AND ORDER TO CONTINUE SENTENCING, U.S. V. OSCAR MARTINEZ,, CR NO. 05-

00734 RMW                    -1-

Respectfully submitted,

/s/ Mark Krotoski

MARK KROTOSKI
Attorney for the Government

## **ORDER**

Good cause appearing therefore, it is hereby ORDERED that the sentencing for defendant Oscar Martinez shall be continued until October 23, 2005.

Dated: August 2, 2006        /s/ Ronald M. Whyte
                                                UNITED STATES DISTRICT JUDGE