Mark D. Eibert  (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Oscar Martinez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>OSCAR MARTINEZ,<br><br>　　　Defendant. | CR NO. 05-00734 RMW<br><br>JOINT STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING SENTENCING<br>DATE |

　　　Defendant Oscar Martinez, through his attorney, and the United States, through its attorney, hereby stipulate and agree and move the Court to continue the sentencing of the defendant from its current date of October 23, 2006 to a new date of December 11, 2006.  The reason for the continuance is that Mr. Martinez is currently out of the country and unable to appear on October 23.  Efforts are being made to arrange for his return and appearance before the Court.

Dated: October 12, 2006　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　/s/ Mark D. Eibert


　　　　　　　　　　　　　　　　MARK D. EIBERT

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING, U.S. V. OSCAR MARTINEZ,, CR NO. 05-00734 RMW　　　　　　　　　-1-

Attorney for Defendant Oscar Martinez

Respectfully submitted,

/s/ Mark Krotoski

MARK KROTOSKI
Attorney for the Government

## ORDER

Good cause appearing therefore, it is hereby ORDERED that the sentencing for defendant Oscar Martinez shall be continued until December 11, ~~2005.~~ 2006.

Dated: October __18__, 2006

/s/ Ronald M. Whyte
_____
UNITED STATES DISTRICT JUDGE