Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Oscar Martinez

FILED
OCT 20 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR MARTINEZ,<br><br>Defendant. | CR NO. 05-00734 RMW RS<br><br>JOINT STIPULATION AND [~~PROPOSED~~] /RS/<br>ORDER CONTINUING BAIL REVIEW<br>HEARING |

Defendant Oscar Martinez, through his attorney, and the United States, through its attorney, hereby stipulate and agree and move the Court to continue the bail review hearing of the defendant from its current date of November 1, 2006 to a new date of December 13, 2006 at 2 p.m.. The reason for the continuance is that Mr. Martinez is currently out of the country and cannot appear on November 1; efforts are being made to arrange for his return and appearance before the Court. Furthermore, the parties have asked for Mr. Martinez's sentencing to be rescheduled for December 11, and if Mr. Martinez appears for that sentencing, the bail review hearing may become moot.

Dated: October 12, 2006          Respectfully submitted,


                                 /s/ Mark D. Eibert

STIPULATION AND [PROPOSED[ ORDER TO CONTINUE HEARING, U.S. V. OSCAR MARTINEZ,, CR NO. 05-00734

RMW           -1-

MARK D. EIBERT
Attorney for Defendant Oscar Martinez

Respectfully submitted,

/s/ Mark Krotoski

MARK KROTOSKI
Attorney for the Government

## ORDER

Good cause appearing therefore, it is hereby ORDERED that the bail review hearing for defendant Oscar Martinez shall be continued until December 13, 2006 at 2 p.m.

Dated: October 19, 2006

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING, U.S. V. OSCAR MARTINEZ,, CR NO. 05-00734

RMW                    -2-