Mark D. Eibert  (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Oscar Martinez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 2/6/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 05-00734 RMW |
| Plaintiff, | |
| vs. | JOINT STIPULATION AND [] ORDER CONTINUING SENTENCING DATE |
| OSCAR MARTINEZ, | |
| Defendant. | |

Defendant Oscar Martinez, through his attorney, and the United States, through its attorney, hereby stipulate and agree and move the Court to continue the sentencing of the defendant from its current date of February 5, 2007 at 9 a.m. to March 19 at 9 a.m. Mr. Martinez is currently out of the country.  The parties have made substantial progress in efforts to arrange for his return and appearance before the Court, although he is not yet returned. Moreover, the parties need more time to discuss and try to resolve an issue that could affect the sentencing and/or the Presentence Report.

Dated: January 30, 2007             Respectfully submitted,


                                    /s/ Mark D. Eibert

MARK D. EIBERT
Attorney for Defendant Oscar Martinez

Respectfully submitted,

/s/ Mark Krotoski

MARK KROTOSKI
Attorney for the Government

## **ORDER**

Good cause appearing therefore, it is hereby ORDERED that the sentencing for defendant Oscar Martinez shall be continued until March 19, 2007, at 9 a.m.

Dated: __2/6/07_____          _____*Ronald M. Whyte*_____
UNITED STATES DISTRICT JUDGE